No. 50007.—Protest 107114–K of Atlantic Refining Co. (Philadelphia).

Opinion by KEEFE, J. From an examination of the record the court found nothing to correct. The protest was overruled.